SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 05 2014
ARTHUR JOHNSTON, DEPUTY
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:14cr109 DCB-FKB

ALAJANDRO FRAZIER

18 U.S.C. § 1153
MCA § 97-17-33

**The Grand Jury charges:**

That on or about July 28, 2012, in Neshoba County, in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **ALAJANDRO FRAZIER**, a Choctaw Indian, unlawfully broke into and entered the Mississippi Band of Choctaw Indians' Boys and Girls Club Teen Center, with the intent to commit therein the crime of larceny, all in violation of Section 1153 and 13, Title 18, United States Code, and MISS. CODE ANN. § 97-17-33 (1972, as Amended).

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 5 day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE